UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-21879-CIV-Altonaga/Brown

MARGARET SCHUSTER
    Plaintiff
v

CARNIVAL CORPORATION
DICKSON PRODUCTIONS, INC and
JEREMY WATKINS
    Defendants
**********************************************/

FILED by _____ D.C.
FEB 14 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF MEDIATION RESULT

The captioned case was mediated on February 11, 2011. All counsel appeared, as did each party and/or the parties' representatives. Mediation resulted in:

_____ an impasse

__✓__ a complete settlement of all issues

      a partial settlement, only as to __CARNIVAL.__

_____ an adjournment, as the parties intend to reconvene for mediation

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this __11__ day of February, 2011, to: Jason Margulies, Esq., 2 South Biscayne Blvd – One Biscayne Tower – Suite 1776, Miami, FL 33131, Curtis Mase, Esq., 2601 S. Bayshore Drive – Suite 800, Miami, FL 33133 and, John White, Esq., 201 S. Biscayne Blvd. – Miami Center - Suite 1000, Miami, FL 33131.

BY: _____
Peter E. Abraham, Esq.
Biscayne Mediation, LLC
19 West Flagler Street - Suite 905
Miami, FL 33130
PH 305-374-0042
FAX 305-374-0445